UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRI FOWLER,                                    CASE NO. 16-CV-25028-GAYLES/TURNOFF

       Plaintiff(s),

vs.

UNION SECURITY INSURANCE
COMPANY,

       Defendant(s).                    /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Sherri Fowler and Defendant, Union Security Insurance Company by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: July 17, 2017

| | |
|---|---|
| By: */s/ Cesar Gavidia* | By: */s/ Kristina B. Pett* |
| CESAR GAVIDIA, ESQ. | KRISTINA B. PETT, ESQ |
| Fla. Bar No. 015263 | Fla. Bar No. 0973688 |
| DELL & SCHAEFER LLP | EDISON, MCDOWELL & HETHERINGTON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 2101 N.W. Corporate Blvd., Suite 316 |
| Hollywood, FL 33020 | Boca Raton, FL 33431 |
| Ph.(954) 620-8300 | Ph.(561) 994-4311 |
| Fax:(954) 922-6864 | Fax: (561) 982-8985 |
| Cesar@diattorney.com | Kristina.pett@emhllp.com |