UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRI FOWLER,                                   CASE NO. 16-CV-25028-GAYLES/TURNOFF

      Plaintiff(s),

vs.

UNION SECURITY INSURANCE
COMPANY,

      Defendant(s).                    /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Sherri Fowler, and Defendant, Union Security Insurance Company, by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272 (11th Cir. 2012) the Parties condition the effectiveness of this stipulation on the district court's entry of an order retaining jurisdiction for the sole purpose of enforcing the settlement agreement.

Dated: August 7, 2017                        Dated: August 7, 2017

By: */s/ Cesar Gavidia*                       By: */s/ Kristina B. Pett*
CESAR GAVIDIA, ESQ.                           KRISTINA B. PETT, ESQ
Fla. Bar No. 015263                           Fla. Bar No. 0973688
DELL & SCHAEFER                               EDISON, MCDOWELL & HETHERINGTON
LLP
Attorneys for Plaintiff                       Attorneys for Defendant
2404 Hollywood Blvd.                          2101 N.W. Corporate Blvd., Suite 316
Hollywood, FL 33020                           Boca Raton, FL 33431
Ph.(954) 620-8300                             Ph.(561) 994-4311
Fax:(954) 922-6864                            Fax: (561) 982-8985
Cesar@diattorney.com                          Kristina.pett@emhllp.com